UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**  2:23-cv-04981-CV-BFM                **Date:**   June 13, 2025

**Title:**    *Joey Dennis v. D. Samuel, et al.*

Present:  The Honorable   Brianna Fuller Mircheff, United States Magistrate Judge

|   Christianna Howard   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**      **(In Chambers) Returned Mail and Order to Show
Cause Re: Failure to Notify Court of Address Change**

Petitioner filed a petition for a writ of habeas corpus. (ECF 1.) The matter
is fully briefed and ready for decision. In the interim, it appears Petitioner has
been released from custody; mail sent to his facility earlier this year has been
returned (ECF 37, 38, 39), and CDCR's inmate locator indicates he is no longer
in custody. Dennis has had no contact with the Court for over a year and has
not provided his post-release address to the Court. The Court thus has no
current means to get a hold of him.

Under Local Rule 41-6, the failure of a pro se litigant to keep the court
apprised of his address is itself grounds for dismissal of the action. In this case,
Petitioner's actions suggest he may have abandoned this Petition, and failure
to prosecute, too, is grounds for dismissal without prejudice. *See Uribe v.
Spearman*, No. CV 15-4908-JGB (JPR), 2019 WL 3284581, at *1 (C.D. Cal. July
19, 2019) (noting that habeas petitioner who did not file change of address after
he was released from custody "appear[ed] to have abandoned his claims"). The
Court therefore orders Petitioner to **show cause**—meaning, to explain—why
the case should not be dismissed for failure to keep the Court informed of his
current address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**  2:23-cv-04981-CV-BFM            **Date:**   June 13, 2025

**Title:**   *Joey Dennis v. D. Samuel, et al.*

     Petitioner's response to this Order must be filed **no later than June 27, 2025**. Providing the Court with his current address will constitute an adequate response to this Order.

     **Failure to respond to this Order by June 27, 2025, may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to notify the Court of his current address**.


     **IT IS SO ORDERED.**


cc:   Joey Dennis, pro se
     Taylor T. Nguyen, CAAG

Initials of Preparer:   ch