JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOEY DENNIS,<br>            Petitioner,<br>    v.<br>D. SAMUEL, Warden,<br>            Respondent. | No. 2:23-cv-04981-CV-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: 8/26/25

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE